558

ant Attorney General *Wideman, Mr. James W. Morris,* and *Miss Helen R. Carloss* for Helvering. *Messrs. John G. Jackson* and *William H. White, Jr.,* for Salvage.

No. 178. GREAT NORTHERN RY. Co. *v.* WEEKS, STATE TAX COMMISSIONER, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. F. G. Dorety* and *C. J. Murphy* for petitioner. *Mr. P. O. Sathre* for respondents.

No. 195. UNITED STATES *v.* BANK OF NEW YORK & TRUST CO.;
No. 196. SAME *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN CO.; and
No. 197. SAME *v.* PINK. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Paul C. Whipp, Samson Selig, Frederick B. Campbell, L. D. Bates, Hartwell Cabell,* and *Milton B. Ignatius* for respondent in No. 195. *Messrs. Leroy B. Iserman* and *Robert J. Sykes* for respondent in No. 196. *Messrs. Alfred L. Green, John M. Downes,* and *Clarence C. Fowler* for respondent in No. 197.

No. 218. CAHN, EXECUTOR, *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims granted. *Messrs. John W. Townsend* and *Claude E. Koss* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W.*

*Morris* for the United States.

No. 226. MANHATTAN GENERAL EQUIPMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 227. COLLIER SERVICE CORP. *v.* SAME. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Laurence Graves, Samuel H. Kaufman, Emil Weitzner,* and *Brode B. Davis* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Arnold Raum* for respondent.

No. 265. UNITED STATES *v.* ATKINSON. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Warren E. Miller, Thornton Hardie,* and *A. H. Culwell* for respondent.

No. 272. UNITED STATES *v.* RIZZO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Louis Halle, Milton P. Kroopp,* and *Samuel I. Kessler* for respondent.

No. 301. BROWN ET AL. *v.* MISSISSIPPI. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Mississippi granted. *Messrs. J. Morgan Stevens* and